UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLADE DOUGLAS,<br><br>         Plaintiff,<br><br>  v.<br><br>EMPLOYMENT DEVELOPMENT DEPARTMENT OF THE STATE OF CALIFORNIA; DEPARTMENT OF LABOR and DOES 1-20, inclusive,<br><br>         Defendants. | Case No. 2:18-cv-04767-RGK-AFM<br><br>**[PROPOSED] JUDGMENT**<br><br>Judge: R. Gary Klausner<br>Courtroom: 850 |

| | |
|---|---|
| 1 | On April 30, 2019, the Court granted Defendant State of California's, acting |
| 2 | by and through the Employment Development Department, motion for judgment on |
| 3 | the pleadings, pursuant to Federal Rule of Civil Procedure 12(c), against all of |
| 4 | Plaintiff Slade Douglas's causes of action. As a result of the Court's order granting |
| 5 | the motion and dismissing Plaintiff's causes of action against the Employment |
| 6 | Development Department, |

IT IS ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff Slade Douglas shall take nothing from Defendant the Employment Development Department; and

2. Plaintiff's action against the Employment Development Department is dismissed.

DATED: May 23, 2019

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE